**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ROSARIO AGUILAR, As Representative Of MARYORI M. CONDE and As Personal Representative of The Estate of MARYORI M. CONDE,<br><br>Plaintiff,<br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, SAFECO INSURANCE COMPANY OF AMERICA, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, THE CRAWFORD GROUP, INC., SHAUNA MCCORMICK, THE ESTATE OF SEAN ST. LOUIS, ELCO ADMINISTRATIVE SERVICES COMPANY, THE OHIO CASUALTY INSURANCE COMPANY, AMERICAN GUARANTEE AND LIABILITY INSURANCE CO., CONTINENTAL INSURANCE CO. INDEMNITY INSURANCE CO. OF NORTH AMERICA, XL INSURANCE AMERICA, INC., EAN TRUST, EAN HOLDINGS, LLC,<br><br>Defendants. | C.A. No. 25-cv-12395-AK |

**ENTERPRISE DEFENDANTS' MOTION FOR SANCTIONS**

Pursuant to Fed. R. Civ. P. 11(b), 28 U.S.C. § 1927, and this Court's inherent authority, Defendants The Crawford Group, Inc. ("Crawford"), ELCO Administrative Services Company ("ELCO"), EAN Holdings, LLC ("EAN Holdings") and EAN Trust (collectively the "Enterprise Defendants") respectfully move for sanctions against counsel for Plaintiff Rosario Aguliar in her capacity as personal representative of the Estate of Maryori M. Conde ("Plaintiff"). As grounds therefore, the Enterprise Defendants assert that Plaintiff's Opposition to the Enterprise Defendants' Motion to Strike ("Opposition"), Doc. No. 51, contains fabricated quotations from non-existent

cases and citations to authorities that do not support the propositions for which they are cited. For the same reasons, the Enterprise Defendants respectfully seek their attorneys' fees in connection with the Opposition, revocation of Plaintiff's counsel's *pro hac vice* admission, and an order to show cause why additional sanctions should not be imposed. The basis for this Motion is more fully set forth in the Memorandum of Law filed concurrently herewith and incorporated herein by reference.

WHEREFORE, the Enterprise Defendants respectfully request that this Honorable Court enter an order sanctioning Plaintiff's counsel, revoking Plaintiff's counsel's admission *pro hac vice*, awarding the Enterprise Defendants' costs in connection with the Opposition, and requiring Plaintiff to show cause why additional sanctions should not be imposed.

Respectfully submitted,

ENTERPRISE DEFENDANTS

By their attorneys,

*/s/ Michael R. Stanley*
Michael R. Stanley (BBO # 680957)
Samuel B. Goodwin (BBO # 699138)
DEMEO, LLP
66 Long Wharf
Boston, MA 02110
Tel:(617) 263-2600
mstanley@demeollp.com
sgoodwin@demeollp.com

## LOCAL RULE 7.1 CERTIFICATION

I, Michael Stanley, hereby certify that counsel for the Enterprise Defendants complied with the provisions of Local Rule 7.1, conferring with counsel for the Plaintiff on December 2, 2025 in an attempt to resolve or narrow the issue addressed by this motion. Counsel for Plaintiff does not agree to the requested relief.

*/s/ Michael R. Stanley*

Michael R. Stanley

## CERTIFICATE OF SERVICE

I hereby certify that, on this 5th day of December, 2025 the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Michael R. Stanley*

Michael R. Stanley