**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ROSARIO AGUILAR, as Representative of MARYORI M. CONDE and as Personal Representative of the Estate of MARYORI M. CONDE,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. 1:25-cv-12395-AK |

**SUPPLEMENTAL DECLARATION OF BLAKE J. LINDEMANN**
**REGARDING REMEDIAL CONTINUING LEGAL EDUCATION**

I, Blake J. Lindemann, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and am admitted *pro hac vice* as counsel for Plaintiff Rosario Aguilar in this action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto.

2. I submit this supplemental declaration voluntarily to apprise the Court of an additional remedial measure I have undertaken since my prior declaration in response to the Court's Order to Show Cause [Doc No. 126]. In that prior declaration, I represented that I had implemented citation-verification procedures and would ensure that future filings do not contain the errors

at issue. Consistent with that commitment, I voluntarily pursued continuing legal education addressing the responsible and ethical use of artificial intelligence in the practice of law.

3. Specifically, I enrolled in and attended the Lanier Trial Academy 10.0, a continuing legal education program held June 23–25, 2026, in Houston, Texas. The program is presented by Mark Lanier and is directed at trial advocacy and professional responsibility.

4. The program included a session addressing the ethical dimensions of artificial intelligence in litigation, titled "Ethics & AI: The Good, The Bad, and the Ugly," which addressed the practical and ethical considerations attendant to the use of artificial intelligence across case development and trial preparation, including document review. I attended that session in its entirety.

5. The instruction was consistent with, and reinforced, the guidance set forth in ABA Standing Committee on Ethics and Professional Responsibility, Formal Opinion 512, "Generative Artificial Intelligence Tools" (July 29, 2024). The education reinforced my understanding that the duty to independently verify each authority before it is submitted to a court rests with the lawyer alone and is not delegable to any tool.

6. I completed 17 hours of accredited continuing legal education through this program, of which 3 hours addressed legal ethics and/or law-practice technology.

7. I undertook this continuing legal education voluntarily, at substantial personal expense and time away from my practice, as a continuation of my commitment to the responsible use of artificial-intelligence tools and to the accuracy and integrity of every filing I submit to this Court. I respectfully offer it as further evidence of the corrective measures described in my prior declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of June, 2026, at Beverly Hills, California.

*/s/ Blake J. Lindemann*

Blake J. Lindemann

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 29th day of June 2026, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

*/s/ Blake J. Lindemann*

Blake J. Lindemann