**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ROSARIO AGUILAR, as Representative of MARYORI M. CONDE and as Personal Representative of the Estate of MARYORI M. CONDE,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-12395-AK |

**NOTICE IN RESPONSE TO COURT'S ORDER [DKT. 155]**

Lindemann Law Firm, APC ("Firm"),[1] on its own behalf, submits this Notice pursuant to the Court's Memorandum and Order dated September 25, 2026 (Dkt. 155) (the "Order").

1. The Order directed counsel to confer regarding the reasonable fees and costs incurred by the Enterprise Defendants by October 23, 2026. Counsel have conferred.
2. Firm has voluntarily offered to pay counsel to the Enterprise Defendants an agreed specific amount of attorney's fees and costs in lieu of litigating the itemization of time actually spent. Firm made payment in full to the Demeo trust account on October 23, 2026. If the Court deems it necessary, the Firm requests leave to file the specific amount agreed to and

[1] Firm files this Notice solely in its capacity as an interested party affected by Dkt. 155, and not on behalf of Plaintiff.

paid under impoundment pursuant to L.R. 7.2. Based on this payment, the Firm requests that the Court deem the Order satisfied and take no further action with respect to the Order.

3. Firm states that payment is made without prejudice to their concurrently filed motion for partial relief from the Order and/or the need for any related relief pertaining to the Order.

4. On October 23, 2026, Firm presented an earlier draft joint notice for filing to Counsel for the Enterprise Defendants. As of this filing, the Firm has not received a response from counsel to the Enterprise Defendants.

Respectfully submitted,

DATED: October 23, 2026

/s/ *Blake J. Lindemann*

Blake J. Lindemann
California Bar No. 255747
E-mail: blake@lawbl.com
**LINDEMANN LAW FIRM, APC**
9777 Wilshire Blvd., 4th Floor
Beverly Hills, CA 90212
Telephone No: 310-279-5269

*Respondent to Order* [Dkt. No. 155]

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 23rd day of October 2026, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

*/s/ Blake J. Lindemann*
____________________________
Blake J. Lindemann